UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Petitioner | : | MISC 06 060 |
| vs. | : | C.A. NO. MISC. |
| ALFRED J. HARRIS, Respondent | : | |

**PETITION TO ENFORCE**
**INTERNAL REVENUE SERVICE SUMMONSES**

The United States of America, by its attorneys, Robert Clark Corrente, United States Attorney for the District of Rhode Island, and Adi Goldstein, Assistant U.S. Attorney, complains as follows:

1. This is a proceeding brought pursuant to the provisions of 26 U.S.C. §§ 7402(b) and 7604(a) to judicially enforce Internal Revenue Service summonses;

2. Shawn Skene is a Revenue Officer of the Internal Revenue Service employed in the Small Business/Self Employed Division of the office of the Area Director of Internal Revenue Service, 380 Westminster Street, Providence, Rhode Island 02903, and is authorized to issue an Internal Revenue Service summons pursuant to the authority contained in 26 U.S.C. § 7602 and Treas. Reg.§ 301.7602-1, 26 C.F.R. 301.7602-1;

3. Upon information and belief, the respondent, Alfred J. Harris, resides or may be found at 287 Rand Street, Central Falls, Rhode Island 02863, within the jurisdiction of this Court.

4. Revenue Officer Shawn Skene is conducting an investigation of the tax liability of Alfred J. Harris for the period(s) ending December 31, 1991, December 31, 1992, December 31, 1993, December, 31, 1994, December 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003, and December 31, 2004. See Declarations of Shawn Skene, attached to this Petition as Exhibits A and B.

5. Upon information and belief, the respondent, Alfred J. Harris, is in possession and control of testimony and documents that may be relevant to this investigation.

6. On December 22, 2005, two Internal Revenue Service summonses were issued directing the respondent, Alfred J. Harris, to appear before Revenue Officer Shawn Skene on January 26, 2006, at 1:00 P.M. at the Internal Revenue Service, 380 Westminster Street, Providence, Rhode Island 02903, to testify and to produce for examination books, papers, records, or other data described in the summonses. See Summonses, attached as Exhibits C and D. Attested copies of the summonses were served to respondent Alfred J. Harris on December 27, 2005, by Revenue Officer Shawn Skene by leaving the attested copies of the summonses at the last and usual place of abode of Alfred J. Harris. See Exhibits A, B, C, and D.

7. The respondent failed to appear on January 26, 2006. The respondent's noncompliance with the summonses continues to this date. See Exhibits A and B.

8. The books, papers, records or other data sought by the summonses are not in the possession of the Internal Revenue Service. See Exhibits A and B.

9. All administrative steps required by the Internal Revenue Code for the issuance of the summonses have been taken. See Exhibits A and B.

10. It is necessary to obtain the testimony and to examine the books, papers, records, or other data to properly prepare a Collection Information Statement.

WHEREFORE, the United States requests that:

1. This Court enter an order directing the respondent, Alfred J. Harris, to show cause, if any, why he should not comply with and obey the summonses and each and every requirement of the summonses;

2. This Court enter an Order directing the respondent, Alfred J. Harris, to obey the summonses and each and every requirement of the summonses by ordering the attendance, testimony, and production of the books, papers, records, or other data before Revenue Officer Shawn Skene or any other proper officer or employee of the Internal Revenue Service, at such time and place as may be fixed by Revenue Officer Shawn Skene or any other proper officer or employee of the Internal Revenue Service;

3. The United States recover its costs in this action; and that

4. The Court grant such other and further relief as is just and proper.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys

ROBERT CLARK CORRENTE
United States Attorney

ADI GOLDSTEIN
Assistant U.S. Attorney
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza 8th FL
Providence, RI 02903
401/709-5000