UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Petitioner | : | |
| vs. | : | C.A. NO. MC 06-60S |
| ALFRED J. HARRIS, Respondent | : | |

ENFORCEMENT ORDER AND JUDGMENT

This matter having come on for hearing before the undersigned on July 19, 2006, pursuant to the Court's Order to Show Cause, the respondent, Alfred J. Harris, not having shown any cause why he should not obey the summons issued to him on December 22, 2005, and it appearing that the summons issued by Revenue Officer Shawn Skene was served on the respondent, Alfred J. Harris, on December 27, 2005, and it appearing that the summons (1) was issued for a legitimate purpose, that is, the investigation of correct federal income tax liability of the respondent, Alfred J. Harris, for the tax period(s) ending December 31, 1991, December 31, 1992, December 31, 1993, December, 31, 1994, December 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003, and December 31, 2004, Form(s) 1040; (2) that the summoned testimony and data may be relevant to that determination; (3) that the testimony and other data sought are not already in the possession of the Internal Revenue Service; and (4) that the administrative steps required

by the Internal Revenue Code have been followed, it is, therefore,

ORDERED, ADJUDICATED AND DECREED

that the respondent, Alfred J. Harris, appear before the United States District Court for the District of Rhode Island, Courtroom B, John O. Pastore Building, Two Exchange Terrace, Providence, Rhode Island, 02903, at 10:00AM on August 14, 2006, then and there to produce the books, records, papers, and other data as demanded by the summons served upon the respondent, Alfred J. Harris, on December 27, 2005, for examination and for copying by photographic or other mechanical means of reproduction, with such examination and copying to continue from day to day until completed.

IT IS FURTHER ORDERED that if Respondent fails to appear before this Court at the aforementioned time and place with the requested records, this Court shall issue a warrant for the arrest of the Respondent for failure to appear.

IT IS FURTHER ORDERED that a copy of this Order be served by the United States Marshal Service, or otherwise in accordance with Rule 4(c)(2) of the Federal Rules of Civil Procedure, upon Alfred J. Harris on or before July 31, 2006.

SO ORDERED this 21st day of July, 2006, in Providence, Rhode Island.

David L. Martin
DAVID L. MARTIN
United States Magistrate Judge