**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

See *"Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>USA | COURT CASE NUMBER<br>MC06-60S |
| DEFENDANT<br>ALFRED J. HARRIS | TYPE OF PROCESS<br>Enforcement Order and Judgment |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: ALFRED HARRIS
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: 287 Rand St. Central Falls RI 02863

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Clerk, US District Court
One Exchange Terrace
Providence RI 02903

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

Fold Fold

Must be served on or before 7/31/06

| Signature of Attorney other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | | 752-7218 | 7-24-06 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 70 | No. 70 | Edward Kawa [signature] | 7/24/06 |

I hereby certify and return that I ☒ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: ALFRED HARRIS

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*: 287 RAND ST. CENTRAL FALLS, R.I

| Date | Time | |
|---|---|---|
| 7/25/06 | 0703 | ☒ am ☐ pm |

Signature of U.S. Marshal or Deputy: C. A Moore [signature]

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $ 90.00 | $ 8.90 | | $ 98.90 | | $0.00 |

REMARKS:
NO ONE HOME 1722HRS 7/24/06 C.MOORE (1 DEP) (10 MILES) 1 HR.
SERVED 7/25/06 0702 HRS (1 DEP) /2J/ CC (10 MILES) 1/2 HR. [signature]

GRAN AM
RI AH 326
BRN/GRY

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Petitioner<br><br>vs.<br><br>ALFRED J. HARRIS,<br>Respondent | :<br>:<br>:<br>:<br>:<br>:<br>: | C.A. NO. MC 06-60S |

ENFORCEMENT ORDER AND JUDGMENT

This matter having come on for hearing before the undersigned on July 19, 2006, pursuant to the Court's Order to Show Cause, the respondent, Alfred J. Harris, not having shown any cause why he should not obey the summons issued to him on December 22, 2005, and it appearing that the summons issued by Revenue Officer Shawn Skene was served on the respondent, Alfred J. Harris, on December 27, 2005, and it appearing that the summons (1) was issued for a legitimate purpose, that is, the investigation of correct federal income tax liability of the respondent, Alfred J. Harris, for the tax period(s) ending December 31, 1991, December 31, 1992, December 31, 1993, December, 31, 1994, December 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003, and December 31, 2004, Form(s) 1040; (2) that the summoned testimony and data may be relevant to that determination; (3) that the testimony and other data sought are not already in the possession of the Internal Revenue Service; and (4) that the administrative steps required

by the Internal Revenue Code have been followed, it is, therefore,

ORDERED, ADJUDICATED AND DECREED

that the respondent, Alfred J. Harris, appear before the United States District Court for the District of Rhode Island, Courtroom B, John O. Pastore Building, Two Exchange Terrace, Providence, Rhode Island, 02903, at 10:00AM on August 14, 2006, then and there to produce the books, records, papers, and other data as demanded by the summons served upon the respondent, Alfred J. Harris, on December 27, 2005, for examination and for copying by photographic or other mechanical means of reproduction, with such examination and copying to continue from day to day until completed.

IT IS FURTHER ORDERED that if Respondent fails to appear before this Court at the aforementioned time and place with the requested records, this Court shall issue a warrant for the arrest of the Respondent for failure to appear.

IT IS FURTHER ORDERED that a copy of this Order be served by the United States Marshal Service, or otherwise in accordance with Rule 4(c)(2) of the Federal Rules of Civil Procedure, upon Alfred J. Harris on or before July 31, 2006.

SO ORDERED this 21st day of July, 2006, in Providence, Rhode Island.

David L. Martin

DAVID L. MARTIN
United States Magistrate Judge