UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Petitioner | : | |
| vs. | : | C.A. NO. MC 06-60S |
| ALFRED J. HARRIS, Respondent | : | |

NOTICE OF COMPLIANCE

This matter having come on for a continued hearing before this Court on August 21, 2006, Respondent Alfred J. Harris was directed to meet with Revenue Officer Shawn Skene. As of August 21, 2006, Alfred J. Harris has provided the requested documents and has complied with the Summons issued by the Internal Revenue Service. This matter may be passed for compliance.

_________________________

_________________________

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Adi Goldstein

ADI GOLDSTEIN, #6701
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, Eighth Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: adigoldstein@usdoj.gov

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 29th day of August, 2006, I caused the within Notice of Compliance to be electronically filed with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System.

I further certify that on the 29th of August, 2006, I forwarded a copy of the within Notice of Compliance to be forwarded, by postage prepaid mail, to:

Alfred J. Harris
287 Rand Street
Central Falls, RI 02863

/s/ Adi Goldstein
ADI GOLDSTEIN, Bar No. 6701
Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
email: adi.goldstein@usdoj.gov